IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00122-BNB

ALISA MARTINEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Alisa Martinez, submitted **pro se** a motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915 (Supp. 2006) and a complaint. Ms. Martinez was granted leave to proceed pursuant to § 1915.

On February 7, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Martinez to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The February 7 order warned Ms. Martinez that if she failed to file an amended complaint as directed within the time allowed, the complaint and the action would be dismissed without further notice.

Ms. Martinez has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for

failure within the time allowed to comply with the February 7, 2008, order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00122-BNB

Alisa Martinez
5266 Grove Street
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk