IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00122-ZLW

ALISA MARTINEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Alisa Martinez, filed *pro se* on July 11, 2008, a letter asking the Court to reconsider and vacate the Court's Order of Dismissal and Judgment filed in this action on March 21, 2008. The Court must construe the letter liberally because Ms. Martinez is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Ms. Martinez's motion to reconsider in this action, which was filed more than ten days after the Court's Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

Ms. Martinez contends that she never received the February 7, 2008, order directing her to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Court dismissed this action without prejudice after Ms. Martinez failed within the time allowed to file an amended complaint that complied with Fed. R. Civ. P. 8. However, the copies of the March 21, 2008, dismissal order and judgment mailed to Ms. Martinez were not returned to the Court as undeliverable.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Ms. Martinez fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. The Court will not reopen this action to allow Ms. Martinez another opportunity to comply with Fed. R. Civ. P. 8. Therefore, the motion to reconsider will be denied. Ms. Martinez is reminded that, because the instant action was dismissed without prejudice, she may pursue her claims by filing a new action if she chooses. Accordingly, it is

ORDERED that the letter that Plaintiff, Alisa Martinez, submitted on July 11, 2008, asking the Court to reconsider and vacate the Court's Order of Dismissal and

Judgment filed in this action on March 21, 2008, and which the Court has construed liberally as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00122-BNB

Alisa Martinez
5266 Grove Street
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/23/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk